**No. 62051.**—Schlumberger Well Surveying Corp. *v.* United States, protests 279771–K, 292480–K, and 292487–K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles similar to articles of cellulose acetate, the claim of the plaintiff was sustained.

**No. 62052.**—American Leather Specialties Corp. *v.* United States, protest 328620–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of the plaintiff was sustained.

**No. 62053.**—Stern & Stern Textiles, Inc. *v.* United States, protests 205397–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.